IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

In re: Lareccia Ellis                                                                 Case No. 14-80377

Debtor(s)                                                                             Chapter 13

## AMENDED MOTION FOR RELIEF FROM STAY
## AND FROM THE CO-DEBTOR STAY

COMES NOW The Courtyards at Auburn (the "Courtyards") and respectfully moves this Court to grant it relief from the automatic stay and the Co-Debtor stay pursuant to 11 USC 362(d). In support of said motion, the Courtyards says and states as follows:

1.  The Debtor, Lareccia Ellis, and the Co-Debtor, Kevin Cunningham, are tenants of the Courtyards, renting apartment # 7B. A copy of the Debtor's lease agreement with the Courtyards is attached hereto as Exhibit "A" and incorporated herein as if the same were set out in full herein.

2.  The Debtor was behind on her rent payments to the Courtyards prior to the filing of her Chapter 13 petition in this case on March 27, 2014.

3.  The Debtor has continued in her nonpayment of rent and currently owes rental payments totaling $2,316.70.

4.  The Debtor has made sporadic payments, but has not made any rent payment whatsoever since April, 2013.

WHEREFORE, the Courtyards prays that this Court will immediately lift the automatic stay pursuant to 11 USC 362(d) to allow the Courtyards to evict the Debtor and the Co-Debtor and to collect its past due rent.

Respectfully submitted this the 30th day of June, 2014.

                                                    BY:  /s/ Blake L. Oliver
                                                         BLAKE L. OLIVER
                                                         Attorney for The Courtyards at Auburn

**OF COUNSEL:**
ADAMS, WHITE, OLIVER, SHORT & FORBUS, LLP
205 South 9th Street
Opelika, Alabama 36801
(334) 745-6466

## CERTIFICATE OF SERVICE

I certify that on this the 30th day of June, 2014 I served a true and correct copy of the above:

Charles M. Ingrum, Jr, Esq.
830 Avenue A.
Opelika, AL 36801

                                  BY:   /s/ Blake L. Oliver
                                                OF COUNSEL