IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: Lareccia Nicole Ellis,                   Case No: 14-80377

Debtor(s).                                           Chapter 13

## MOTION TO VOLUNTARILY DISMISS

COMES NOW the Debtor, Lareccia Nicole Ellis, by and through her attorney, Charles M. Ingrum, Jr., and files this Motion to Voluntarily Dismiss her from the above Chapter 13 case for the reason below:

1.      The debtor feels that it would be in her best interest to voluntarily dismiss her Chapter 13 case at this time.

WHEREFORE THESE PREMISES CONSIDERED, your Debtor prays that this Honorable Court will grant her a voluntary dismissal from this case, or set down a time, place, and date to hear said motion.

Respectfully submitted this 23rd day of December, 2014.


/s/ Lareccia Nicole Ellis
Debtor


/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr.
Attorney for Debtor

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this date served a true and correct copy of the foregoing MOTION TO VOLUNTARILY DISMISS to Curtis C. Reding, Chapter 13 Trustee and Teresa R. Jacobs, Bankruptcy Administrator by electronically mailing on this the 23rd day of December, 2014

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr.
Attorney at Law
P.O. Box 229
Opelika, Alabama 36803-0229
Telephone Number: (334)745-3333
Facsimile Number: (334) 745-3155
bankruptcy@irplaw.com