My name is Lareccia Ellis. My file number is 1480377wks. I am writing you to file a motion to extend automatic stay. I did a voluntary dismissal on my Chapter 13 bankruptcy because my hours decline. I was recently blessed with a promotion and now everything is back on track. I was told that my case would totally be closed on Feb. 6TH and I can file this motion to continue my chapter 13. That's what I would like to do and to continue money being taken out of my check.



FILED
JAN 29 2015
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
JAN 29 2015
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

Thanks,
Lareccia Ellis
(334) 473-8519