UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 14-80377-WRS
                                                         Chapter 13
LARECCIA NACOLE ELLIS,

    Debtor

## ORDER DENYING MOTION TO RECONSIDER

For the reasons set forth on the record on March 11, 2015, on the debtor's motion to reconsider the dismissal of this case (Doc. 56), it is

ORDERED that the motion is DENIED.

Done this 12th day of March, 2015.

                              /s/ William R. Sawyer
                              United States Bankruptcy Judge

c: Charles M. Ingrum, Attorney for Debtor
   Curtis C. Reding, Trustee